# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ken Johansen

                Plaintiff,

v.                                   Case No.: 1:15–cv–00912
                                                  Honorable Richard A. Posner

GVN Michigan, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2015:

      MINUTE entry before the Honorable Richard A. Posner: Status hearing held on 6/5/2015. Oral argument heard on 6/5/2015. For the reasons stated in open court, defendant's motion to strike plaintiff's class allegations and to dismiss plaintiff's complaint [16] is denied. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.