IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEN JOHANSEN, | : | Case No. 1:15-cv-912 |
| | : | Honorable Richard A. Posner Judge Presiding |
| Plaintiff, | : | |
| | : | Honorable Sheila Finnegan Magistrate Judge Presiding |
| GVN MICHIGAN, INC., *et al*., | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff against all Defendants in this matter. The parties further agree that each party will bear its own costs.

Respectfully submitted:

| | |
|---|---|
| */s/ Matthew P. McCue* | */s/ Mark P. Miller* |
| Matthew P. McCue | Mark P. Miller (6191128) |
| Law Office of Matthew P. McCue | Barnes & Thornburg, LLP |
| 1 South Avenue, 3rd Floor | One North Wacker Drive, Suite 4400 |
| Natick, MA 07160 | Chicago, IL 60606 |
| (508) 655-1415 – phone | (312) 357-1313 – phone |
| mmccue@massattorneys.net | mmiller@btlaw.com |
| *Attorney for Plaintiff Ken Johansen* | *Attorney for Defendant GVN Michigan, Inc.* |

1

        */s/ Helen Mac Murray*
        Helen Mac Murray (6318586)
        Mac Murray, Petersen & Shuster LLP
        6530 West Campus Oval, Suite 210
        New Albany, OH 43054
        (614) 939-9955 – phone
        hmacmurray@mpslawyers.com
        *Attorney for Defendant Gunn Marketing Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on July 18, 2016 through the Court's electronic filing system which will notify all counsel of record.

        */s/ Helen Mac Murray*
        Helen Mac Murray (6318586)
        Attorney at Law